# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Gerald Thomas Mescall**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00332-RJC-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Renaissance at Antiquity | ) | |
| Gem Management LLC | ) | |
| Soltice Partners | ) | |
| National Apartment Association | ) | |
| Laura Genail | ) | |
| Cathy Conner**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2024 Order.

May 30, 2024

_____

Katherine Hord Simon, Clerk
United States District Court